569 A.2d 353

**Patricia C. LYNN, Appellee,**

v.

**David E. LYNN, Appellant.**

Supreme Court of Pennsylvania.

Argued Sept. 28, 1989.

Decided Feb. 7, 1990.

David P. Brandt, Brandt, Liotta & Stuttler, Franklin, for appellant.

Nancy S. Schultz, Margolius, Mallios, Davis, Rider & Tomar, Washington, D.C., for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM.

Appeal dismissed as having been improvidently granted.